894

No. 545. WOOD ET AL. *v.* EMPLOYER'S LIABILITY ASSURANCE CORP., LTD. January 5, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Earl B. Barnes* for petitioners. *Messrs. John Rynerson* and *Donald P. Shinn* for respondent.

No. 548. CHICAGO, ROCK ISLAND & PACIFIC RY. Co. *v.* CALLOWAY, ADMINISTRATRIX. January 5, 1931. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Messrs. M. L. Bell, W. F. Dickinson, Thos. P. Littlepage,* and *W. R. Bleakmore* for petitioner. *Messrs. W. A. Ledbetter, H. L. Stuart,* and *R. R. Bell* for respondent.

No. 550. WILKERSON *v.* UNITED STATES. January 5, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Harry C. Hendrickson* for petitioner. *Solicitor General Thacher* and *Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 557. NATIONAL SURETY Co. *v.* HOLTZMAN, COLLECTOR OF CUSTOMS. January 5, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Homer L. Loomis* for petitioner. *Solicitor General Thacher* and *Messrs. Frank M. Parrish* and *Paul D. Miller* for respondent.

No. 558. NATIONAL SURETY Co. *v.* HOLTZMAN, COLLECTOR OF CUSTOMS. January 5, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the

Fourth Circuit denied. *Mr. Homer L. Loomis* for petitioner. *Solicitor General Thacher* and *Messrs. Frank M. Parrish* and *Paul D. Miller* for respondent.

No. 561. NATIONAL SURETY CO. *v.* INTERNATIONAL HARVESTER CO. January 5, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Ralph M. Shaw, Edward W. Everitt, Silas H. Strawn,* and *George T. Evans* for petitioner. *Messrs. William S. Elliott* and *J. F. Dammann* for respondent.

No. 566. CRUMMIES CREEK COAL CO. *v.* CARRS FORK COAL CO. ET AL. January 5, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Joseph S. Laurent* for petitioner. *Messrs. Frank E. Wood* and *Robert S. Marx* for respondents.

No. 569. GREAT NORTHERN RY. CO. *v.* GENERAL RAILWAY SIGNAL CO. January 5, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Thomas Ewing* and *F. G. Dorety* for petitioner. *Messrs. Clifton V. Edwards, Amasa C. Paul,* and *Harry E. Knight* for respondent.

No. 573. M. & J. TRACY, INC., *v.* NORTHWESTERN FIRE & MARINE INS. CO. ET AL. January 5, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John C. Crawley* for petitioner. *Mr. William F. Purdy* for respondents.